UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 10-369-KKC

**FILED ELECTRONICALLY**

United States of America                                                                                 Plaintiff,

vs

Elizbeth Jo Arvin                                                                                         Defendants,

RE:   Midland Credit Management
VS.   Elizabeth Arvin, <u>et al.</u>

**CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)**

\* \* \* \* \* \* \*

Comes the defendant, Midland Credit Management, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, and for its Corporate Disclosure Statement, states as follows:

1. The defendant, Midland Credit Management, is a wholly-owned subsidiary of Encore Capital Group, Inc., with its principal place of business located at 8875 Aero Drive, Suite 200, San Diego, California, 92123.

2. This defendant's counsel is attempting to collect a debt and any information this defendant's counsel obtains will be used for that purpose and this communication is from a debt collector.

**MAPOTHER & MAPOTHER, P.S.C.**

By:  **/s/ Kyle P. Williams**
     Kyle P. Williams
     Counsel For Plaintiff
     815 W. Market Street, Suite 500
     Louisville KY 40202-2654
     (502) 587-5400

FC_0001/00-21841

## CERTIFICATE

On November 24, 2010, I electronically filed this document through the ECF system, which will send a notice of electronic filing to R. Scott Wilder/Melissa R. Dixon and I mailed this document and the notice of electronic filing to R. Scott Wilder/Melissa R. Dixon, Gambrel & Wilder Law Offices, PLLC, 1222 1/2 North Main Street, Suite 2, London, Kentucky, 40741.

**MAPOTHER & MAPOTHER, P.S.C.**


By: **/s/ Kyle P. Williams**
    Kyle P. Williams
    Counsel For Plaintiff
    815 W. Market Street, Suite 500
    Louisville KY 40202-2654
(502) 587-5400